UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER T. HARRELL, | No. 2:14-CV-00582-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| MARCI BUTTRAM, et al., | |
| Defendants. | |

In its September 15, 2014, order to show cause, ECF No. 11, the court neglected to ensure the service of defendants Marci Buttram, John Crossland, and Clyde Billot, who have yet to appear in this case. Accordingly, the Clerk of the Court is hereby directed to serve the court's September 15, 2014, order to show cause upon defendants Marci Buttram, John Crossland, and Clyde Billot using the last known address: 414 Henley Hornbrook Road, Hornbrook, CA  96044. ECF No. 9.

DATED: September 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1